UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRAM TANZY, | No. 1:21-cv-1187-NONE-JLT |
| Plaintiff, | |
| v. | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE |
| BAHRI YAYLACI and LONG ISLAND FREIGHT CORP, | |
| Defendants. | |
| | (Doc. No. 7) |

Ingram Tanzy was injured in a motor vehicle accident with a commercial truck and seeks to hold the defendants, including the truck driver and the owner, liable for negligence. (*See generally* Doc. No. 1.)  Because plaintiff failed to prosecute this action and failed to comply with the court's orders, the magistrate judge recommended the action be dismissed without prejudice on November 19, 2021.  (Doc. No. 7.)

Plaintiff was given fourteen days to file any objections to the recommendations.  (Doc. No. 7 at 4.)  In addition, plaintiff was "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order."  (*Id.* at 5, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  Thus, any objections were to be filed no later than December 3, 2021.  To date, no objections have been filed, and plaintiff has not otherwise responded to the court's orders.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this court conducted a *de novo* review of the case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis. Accordingly,

1. The findings and recommendations dated November 19, 2021 (Doc. No. 7) are adopted in full;
2. The action is dismissed without prejudice;
3. The Clerk of Court is directed to assign this matter to a District Judge for termination and resolution of the action; and
4. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 9, 2021**

UNITED STATES DISTRICT JUDGE