Bruce B. Paller (SBN:189018)
Attorney at Law
3639 E. Harbor Blvd., Ste. 112
Ventura, CA 93001
Telephone (805) 654-1010
Facsimile (805) 654-9090
Email: brucepaller@gmail.com

Attorney for Plaintiff Ingram Tanzy

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRAM TANZY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BAHRI YAYLACI and LONG ISLAND FREIGHT CORP.<br><br>　　　　　　Defendants. | Case No.: 1:21-CV-01187-JLT-CDB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS [F.R.C.P. 5.2, 26, and Local Rule 141] |

Pursuant to Federal Rule of Civil Procedure 5.2, 26 and Local Rule 141, the Court GRANTS plaintiff's Request to Seal Documents filed on May 22, 2023, as ECF No 17. The document shall remain sealed unless and until this Court orders otherwise.

IT IS SO ORDERED.

Dated:  June 1, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE